IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:14cr49-DCB-FKB

EDDIE HARRIS

## PRELIMINARY ORDER OF FORFEITURE

Before the Court is the Government's Motion for a Preliminary Order of Forfeiture [Ct. Doc. No. 16]. Having reviewed the motion, the Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on April 29, 2014, the defendant, **EDDIE HARRIS**, entered an open plea of guilty to Count 1 of the Indictment filed in the above styled cause; and

WHEREAS, as a result of the guilty plea to Count 1 of the Indictment, for which the Government sought forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, the defendant, **EDDIE HARRIS**, shall forfeit to the United States all property, real or personal, constituting or derived, directly or indirectly from gross proceeds traceable to the offense listed in the indictment; and

WHEREAS, based on the evidence set forth during the plea colloquy, the Court finds that the following property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461 and Rule 32.2 of the Federal Rules of Criminal Procedure, and that the defendant has an interest in such property and that the Government has established the requisite nexus between such property and such offense.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defendant, **EDDIE HARRIS**, should therefore be ordered to pay a **$34,365.00 Money Judgment**; and

IT IS FURTHER ORDERED that notice is not required to the extent that this Order consists solely of a money judgment against the defendant pursuant to Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED, that pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

IT IS FURTHER ORDERED, if this preliminary order becomes the Final Order of Forfeiture, it, or an abstract of judgment, shall be enrolled in all appropriate Judgment Rolls; and

IT IS FURTHER ORDERED, the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2.

SO ORDERED, ADJUDGED, AND DECREED this, the 23rd day of  July , 2014.

                                                       s/David Bramlette  
                                                       DAVID BRAMLETTE III  
                                                       SENIOR UNITED STATES DISTRICT JUDGE